| MAGISTRATE'S CRIMINAL MINUTES | FILED IN OPEN COURT |
|---|---|
| REMOVALS (RULE 40) | DATE: 6/9/10 @ 10:45 a.m. |
| ORIGINAL | TAPE: FTR @ _____ |
| | TIME: 10 minutes |

MAGISTRATE **JANET F. KING**   PRESIDING **Lavonia Wade-Childs** DEPUTY CLERK

CASE NUMBER **1:10-MJ-693**   DEFENDANT'S NAME **Timothy Allen**

AUSA _____   DEFENDANT'S ATTY _____

Type Counsel (circle): Retained    CJA    FDP

USPO _____

_____ Initial appearance hearing held.
_____ Defendant informed of rights.
_____ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing _____ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: _____

_____ Defendant WAIVES removal hearing (as to identity only).  WAIVER FILED.
_____ Defendant WAIVES preliminary hearing (___ in this district only).  WAIVER FILED.
_____ Removal hearing set/reset/cont to _____ @ _____.
_____ Removal hearing HELD.
_____ Order finding probable cause.  Defendant held to District Court for removal to other district.
_____ Order defendant identified as named defendant in indictment/complaint.  Defendant held to be removed to other district.
_____ Order defendant removed to other district.  Commitment issued_____.
_____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for detention filed.
_____ Bond/Pretrial detention hearing held.
_____ Pretrial detention hearing set for _____. (___ in charging district)
_____ (___Verbal) Motion to reduce bond GRANTED.
_____ (___Verbal) Motion to reduce bond DENIED.
_____ Pretrial detention ordered. (Written order to follow _____).
_____ BOND set at $_____
         _____ NON-SURETY
         _____ SURETY/CASH: _____ Property Acceptable: _____ Corporate surety ONLY
         _____ COMBINATION: _____
_____ SPECIAL CONDITIONS: _____

✓ Bond filed, defendant released.
_____ Bond not executed, defendant to remain in Marshal's custody.