# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**  **DOCKETING SECTION**
**CLERK OF COURT**  **404-215-1655**

June 10, 2010

Clerk, United States District Court
Northern District of Mississippi
911 Jackson Ave. East, Room 369
Oxford, MS 38655

    Re:    *USA v. Timothy Allen*
              NDGA Case No.: 1:10-mj-693
              Your Case No.: 2:10cr078

Dear Clerk:

    Rule 5(c)(3) proceedings were held in this district on June 2, 2010 as to Timothy Allen. Enclosed are our documents of said proceedings, and a certified copy of our docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                                                      Sincerely,

                                                          James N. Hatten
                                                          Clerk of Court

                                        By:    s/ B. Evans
                                                  Deputy Clerk