ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 2 1 2010

JAMES N. HATTEN, Clerk
BY: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

TIMOTHY ALLEN

Defendant.

CRIMINAL CASE NO.

1:10-MJ-693 (NDGA)

2:10-CR-078 (NDMS)

## **ORDER**

The sum of $1,070.00 was deposited into the Registry of this Court on JUNE 9, 2010, by GLENDA RAPLEY for the above named defendant, TIMOTHY ALLEN, to secure his appearance before the Court to answer charges pending against him in the U. S. District Court in the NORTHERN DISTRICT OF MISSISSIPPI.  It is therefore, now

ORDERED that the Clerk of the Court is hereby directed to receive $1,070.00 from the defendant, TIMOTHY ALLEN, and to issue a check payable to Clerk of Court, Northern District of Mississippi, in the principal amount of $1,070.00 plus any accrued interest, minus any statutory users fees, representing the transfer of said bond.

AO 72A
(Rev.8/82)

USA v. TIMOTHY ALLEN; 1:10-MJ-693-JFK


**SO ORDERED,** this 21st day of JULY, 2010.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

2